IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BETTY WRIGHT,                      )<br>                                    )<br>    Plaintiff,                     )<br>                                    )<br>    v.                              )<br>                                    )<br>SOUTHERN HEALTH PARTNERS,           )<br>INC., et al.,                      )<br>                                    )<br>    Defendants.                     ) | CIVIL ACTION NO.<br>2:24cv838-MHT<br>(WO) |

## ORDER

It is ORDERED that the plaintiff's motion for leave to amend the complaint (Doc. 18), which defense counsel oppose, is denied because the proposed amended complaint is inadequate. Nonetheless, the denial is without prejudice and with leave to refile another proposed amended complaint that addresses the following concerns arising out of the first proposed amended complaint, attached to the motion (Doc. 18-1), and discussed during a hearing on June 9, 2025:

(1) Identify which defendant(s) are sued in each of the first six counts. As they are currently written,

the titles of these counts indicate that the counts are brought "Against Southern Health Partners," which suggests Southern Health Partners is the sole defendant against whom these claims are brought; however, the last sentence in each of these counts refers to "*Defendants*' actions" (emphasis added), suggesting more than one defendant.  *See* Proposed Amended Complaint (Doc. 18-1) at 8-10.

(2) Clarify how the phrase "Plaintiff was terminated because her religion requires her as a woman to wear a skirt or a dress" in ¶ 33 of the proposed amended complaint alleges a gender-discrimination claim, as asserted in Count I.  *Id.* at 8.

(3) Clarify how the identical phrase "Plaintiff was terminated because her religion requires her as a woman to wear a skirt or a dress" in ¶ 37 of the proposed amended complaint alleges a religion-discrimination claim, as asserted in Count II.  *Id.*

It is further ORDERED that plaintiff has until June

2

27, 2025, to refile an amended complaint addressing these concerns.

    DONE, this the 20th day of June, 2025.

                                     /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE